IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COST RECOVERY SERVICES LLC,

    Plaintiff,

v.                                                    CASE NO. 1:02-cv-00131-MP-AK

ALLTEL COMMUNICATIONS INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 333, Consent Motion to Continue Status Conference by Alltel Communications Inc.  The motion is granted, and the status conference will be reset by separate notice.

**DONE AND ORDERED** this  _24th_   day of June, 2008

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge